UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

JOSEPH D. SIMPSON,

    Plaintiff,

v.                                         Case No. 12-cv-2275

ANTHEM CAREER COLLEGE,

                                              **JURY DEMANDED**

    Defendant.

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

---

    Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Joseph D. Simpson and Defendant Anthem Career College hereby file this Stipulation of Dismissal with Prejudice, with both parties to bear their own respective costs and attorneys' fees. Accordingly, the parties enter this stipulation of dismissal with prejudice and ask the Court to enter an Order of Dismissal With Prejudice closing the case.

                                  Respectfully submitted.

                                  DONATI LAW FIRM, LLP

                                  s/Bryce W. Ashby
                                  Donald A. Donati #8633
                                  William B. Ryan #20269
                                  Bryce W. Ashby # 26179
                                  1545 Union Avenue
                                  Memphis, TN 38104
                                  901/278-1004
                                  bryce@donatilawfirm.com

                                  Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing document has been served via the Court's ECF system, on counsel for Defendant, Douglas Brehm and Lauren Fernandez, Shutts & Bowen, LLP, 1500 Miami Center, 201 South Biscayne Boulevard, Miami, FL 33131 on this the 17th day of October, 2012.

                                              s/Bryce W. Ashby  
                                              Bryce W. Ashby