IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
_____

| | |
|---|---|
| JOSEPH D. SIMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:12-cv-02275-JPM-tmp |
| | ) |
| ANTHEM CAREER COLLEGE, | ) |
| | ) |
| Defendant. | ) |

_____

**JUDGMENT**
_____

**JUDGMENT BY THE COURT.** This action having come before the Court on the parties' Stipulation of Dismissal with Prejudice (ECF No. 17), filed on October 17, 2012,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice (ECF No. 17), the above-captioned case is DISMISSED WITH PREJUDICE.


APPROVED:


/s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE

October 18, 2012
Date